___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 21

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-022-RLH-LRL |
| Plaintiff, ) | |
| vs. ) | |
| JOHN HENRY JOHNSON III ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#15) on August 13, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $6,707.00

Name of Payee: COLONIAL BANK
Amount of Restitution: $5,389.00

Name of Payee: BRANCH BANKING AND TRUST
Amount of Restitution: $2,245.00

Name of Payee: SABADELL UNITED BANK
Amount of Restitution: $5,529.00

**Total Amount of Restitution ordered:** $19,870.00

Dated this _21st_ day of November, 2016.

                                                                                                 _____
UNITED STATES DISTRICT JUDGE